UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION,<br><br>       Petitioner,<br><br>       v.<br><br>MAXIM POWER CORPORATION, MAXIM POWER (USA), INC., MAXIM POWER (USA) HOLDING COMPANY INC., PAWTUCKET POWER HOLDING CO., LLC, PITTSFIELD GENERATING COMPANY, LP, and KYLE MITTON,*<br><br>       Respondents. | No. 3:15-CV-30113-MGM |

## **DEFENDANTS' CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2**

I, William S. Scherman, certify that on September 4, 2015, I caused a copy of Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Federal Energy Regulatory Commission's "Petition" (D.I. 17) to be filed through the CM/ECF system, and that a copy of the document was sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).  Additionally, a courtesy copy of the as-filed document was provided to all counsel via electronic mail on September 4, 2015.

                                                            */s/ William S. Scherman*
                                                            William S. Scherman (admitted *pro hac vice*)

---

\*   There are no entities named "Maxim Power Corporation" or "Pawtucket Power Holding Co., LLC"; rather, the proper legal names are "Maxim Power Corp." and "Pawtucket Power Holding Company, LLC."